JUDGE KAPLAN

SDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :

    -v.-                           :      INDICTMENT

GERMAN DE JESUS TRUJILLO-CACERES,  :      10 Cr.

    a/k/a "Louis Rodriguez,"       :
    a/k/a "Jeremy Garcia,"
    a/k/a "German Caceres,"        :      10 CRIM 088

        Defendant.             :

- - - - - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

From at least on or about January 8, 2010, in the Southern District of New York and elsewhere, GERMAN DE JESUS TRUJILLO-CACERES, a/k/a "Louis Rodriguez," a/k/a "Jeremy Garcia," a/k/a "German Caceres," the defendant, being an alien, after having been removed from the United States on or about April 30, 2007, unlawfully did enter and was found in the United States, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission, and did so subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about July 31, 1995 in Supreme Court, State of New York, for attempted criminal sale of a controlled substance in the third degree, in violation of

New York Penal Law Section 220.39.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

GERMAN DE JESUS TRUJILLO-CACERES
a/k/a "Louis Rodriguez,"
a/k/a "Jeremy Garcia,"
a/k/a "German Caceres,"

Defendant.

---

<u>INDICTMENT</u>

10 Cr.

(8 U.S.C. §§ 1326(a) & (b)(2).)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.

---

2-5-10 Filed Indictment Case assigned to J, Kaplan

Dolinger
U.S.M.J.