

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-13

P#28106

**TO:** Honorable Loretta A. Preska
Chief U.S. District Judge

**FROM:** Anthony Macchia
U.S. Probation Officer

Re: Trujillo-Caceres, German DeJesus
Dkt No: 10 CR 88-01(LMM)

Enclosed is a matter from the U.S. Probation Department requesting consideration and/or review by Your Honor. Please forward your response to the Clerk's Office so it can be docketed.

Also, please forward a copy of your response, along with **four (4) Original Probation Form 22's** to our office at 300 Quarropas Street, Ground Floor, White Plains, NY 10601, so that we may take appropriate action.

We respectfully request this matter be expedited due to the imminent sentencing that will be occurring shortly in the Southern District of New York.

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

By: _____
Anthony Macchia
U.S. Probation Officer
914-390-4049

AM:djj

DATE: April 10, 2013

NY 201(d)
Rev.02/12

# REQUEST FOR COURT ACTION/DIRECTION

| | | | |
|---|---|---|---|
| TO: | Honorable Loretta A. Preska<br>Chief U.S. District Judge | OFFENSE: | Illegal Re-Entry After Deportation (8 USC 1326(a) & (b)(2)) |
| FROM: | Anthony Macchia<br>U.S. Probation Officer | ORIGINAL SENTENCE: | Thirty-six (36) months imprisonment; thirty-six (36) months supervised release. |
| | | SPECIAL CONDITIONS: | Participation in a drug treatment program; cooperate with INS; $100 special assessment fee. |
| RE: | Trujillo-Caceres, German DeJesus | AUSA: | Alvin L. Bragg, Jr. |
| DKT: | 10 CR 88-01(LMM) | | |

DATE OF SENTENCE: June 9, 2010

DATE: April 10, 2013

ATTACHMENTS:  PSI _X_   JUDGMENT _X_   PREVIOUS REPORT _X_

## TRANSFER OF JURISDICTION

This memorandum is being submitted to Your Honor to request Transfer of Jurisdiction to the Southern District of California.

Mr. Trujillo-Caceres was originally sentenced by the Honorable Lawrence M. McKenna, U.S. District Judge, Southern District of New York, on June 9, 2010. Currently Judge McKenna has inactive status in our district.

Subsequent to the above sentencing the defendant was deported to El Salvador on November 28, 2012. On or about January 28, 2013, the defendant who previously had been excluded, deported and removed from the United States to El Salvador, was found in the United States, in the Southern District of California.

Mr. Trujillo-Caceres was detained in the Southern District of California and is awaiting sentencing for the January 28, 2013 illegal re-entry. In the interest of the court, efficiency and cost, it would be prudent to transfer the jurisdiction to the Southern District of California in order for them, not only to handle the sentencing, but the violation for said re-entry.

We are respectfully requesting Transfer of Jurisdiction be completed expeditiously due to the imminent sentencing that will be occurring shortly in the Southern District of California. Enclosed are four Form 22, Transfer of Jurisdiction, to be signed by your Honor.

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

Anthony Macchia
U.S. Probation Officer
914-390-4049

AM:djj
Enclosures

---

**Judicial Response**

__X__ Allow for Transfer of Jurisdiction to Souther District of California

_____ Other _____

Honorable Loretta A. Preska
Chief U.S. District Judge

Date April 10, 2013

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 1: 10 CR 88-01(LMM) |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| German DeJesus Trujillo-Caceres<br>Undomiciled | SOUTHERN DISTRICT OF NEW YORK | Probation |
| | NAME OF SENTENCING JUDGE | |
| | Lawrence M. McKenna, U.S. District Judge (Inactive Status)<br><br>Loretta A. Preska, Chief U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE:   FROM   TO | |

OFFENSE

Illegal Re-entry After Deportation (8 USC 1326(a) & (b)(2))

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of California (San Diego Division) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

*April 10, 2013*
*Date*

*Loretta A. Preska*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern District of California (San Diego Division)

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*

*United States District Judge*